**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **CLINTON GORDON** | : | **CASE NO.  3:22-cv-04882** |
| | | |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| | | |
| **ALLSTATE VEHICLE & PROPERTY** | | |
| **INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

In this case, plaintiff Clinton Gordon filed a voluntary motion to dismiss without prejudice [doc. 21] after indicating in open court that he wished to dismiss the instant lawsuit.  Subsequently, the Magistrate Judge filed a Report and Recommendation that plaintiff's motion be granted and that this matter be dismissed without prejudice. Doc. 22.  The undersigned agrees with the reasoning and findings in the Report and Recommendation, and we find it appropriate to dismiss without prejudice plaintiff's claims against defendant Allstate Indemnity Co.[1]

Accordingly, for the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 22], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

---

[1] The Report and Recommendation recommends dismissal of the claims against Allstate Vehicle & Property Insurance Co., but Allstate Indemnity Co., mistakenly named as Allstate Vehicle & Property Insurance Co. in the complaint, is the defendant in this case. *See* doc. 10.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Clinton Gordon's voluntary motion to dismiss without prejudice [doc. 21] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE** in its entirety.

**THUS DONE AND SIGNED** in Chambers this 31st day of July, 2023.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE